

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

Nos. 07-19-00333-CR
07-19-00334-CR
07-19-00335-CR
_____

NATHAN GENE COLLINS, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the 181st District Court
Potter County, Texas
Trial Court Nos. 74,154-B-CR, 76,517-B-CR, 77,804-B-CR; Honorable Dan L. Schaap, Presiding

January 6, 2020

## MEMORANDUM OPINION

Before PIRTLE and PARKER and DOSS, JJ.

Pursuant to plea bargain agreements, Appellant, Nathan Gene Collins, was convicted of unauthorized use of a motor vehicle,[1] possession of a controlled substance

---

[1] TEX. PENAL CODE ANN. § 31.07 (West 2016) (state jail felony). Appellant's range of punishment was enhanced by two prior state jail felony convictions. *Id.* at § 12.425 (a) (West 2019).

in an amount less than one gram,[2] and bail jumping and failure to appear.[3]  He was sentenced to five years confinement for each offense, with the sentences to run concurrently.  The trial court's certifications of Appellant's right of appeal reflect that these are plea-bargained cases with no right of appeal and that Appellant has waived the right of appeal.  Notwithstanding the certifications, Appellant filed a notice of appeal challenging his convictions.

We are required by Rule of Appellate Procedure 25.2(d) to dismiss an appeal "if a certification that shows the defendant has the right of appeal has not been made part of the record."  By letter of October 28, 2019, we notified Appellant of the consequences of the certifications and invited him to file amended certifications providing a right of appeal or demonstrate other grounds for continuing the appeals by November 7.  We subsequently granted Appellant an extension to December 16 to file a response.  Appellant has not responded to the court's letter to date.

Accordingly, we dismiss the appeals based on the trial court's certifications.  TEX. R. APP. P. 25.2(d).


Per Curiam

Do not publish.

---

[2] TEX. HEALTH & SAFETY CODE ANN. § 481.115(b) (West 2017) (state jail felony).  Appellant's range of punishment was enhanced by two prior state jail felony convictions.  TEX. PENAL CODE ANN. § 12.425(a).

[3] TEX. PENAL CODE ANN. § 38.10(f) (West 2016) (third degree felony).  Appellant's range of punishment was enhanced by a prior final felony conviction.  TEX. PENAL CODE ANN. § 12.42(a) (West 2019).